# IN THE SUPREME COURT OF TEXAS

═══════════

No. 13-0597

═══════════

PLAINS EXPLORATION & PRODUCTION COMPANY, PETITIONER,

V.

TORCH ENERGY ADVISORS INCORPORATED, RESPONDENT

═══════════════════════════════════════════

ON PETITION FOR REVIEW FROM THE
COURT OF APPEALS FOR THE FIRST DISTRICT OF TEXAS

═══════════════════════════════════════════

**JUDGMENT**

THE SUPREME COURT OF TEXAS, having heard this cause on petition for review from the Court of Appeals for the First District, and having considered the appellate record, briefs, and counsels' arguments, concludes that the court of appeals' judgment should be reversed.

IT IS THEREFORE ORDERED, in accordance with the Court's opinion, that:

1)      The court of appeals' judgment is reversed;

2)      Judgment is rendered that Torch Energy Advisors Incorporated takes nothing on its claims;

3)      Plains Exploration & Production Company shall recover, and Torch Energy Advisors Incorporated shall pay, the costs incurred in this Court and the court of appeals.

Copies of this judgment and the Court's opinion are certified to the Court of Appeals for the First District and to the District Court of Harris County, Texas, for observance.

Opinion of the Court delivered by Justice Guzman

June 12, 2015

**********